IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AUTOMOTIVE FINANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-1316 SEB-VSS |
| ) | |
| ATEF KHALID SHEHAB, individually and d/b/a ) | |
| SHEHAB AUTO SALES, ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT ENTRY

Comes now the Plaintiff, Automotive Finance Corporation ("AFC"), by counsel, and it appearing to the satisfaction of the Court by the Summonses issued herein that Defendant Atef Khalid Shehab, individually and d/b/a Shehab Auto Sales, has been duly served with process;

And the Court, having acquired personal and subject matter jurisdiction over the parties and the issues herein contained, pursuant to Plaintiff's Complaint filed and the Summonses issued herein;

This cause is now submitted to the Court for findings, and the Court, being duly advised in the premises, now finds for AFC and against Defendant, Atef Khalid Shehab, individually and d/b/a Shehab Auto Sales

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED by the Court that:

1. Plaintiff, Automotive Finance Corporation, is entitled to judgment under Count I of its Complaint, Breach of Note and Security Agreement, and Count II of its Complaint, Breach of Guaranty, in its favor and against Atef Khalid Shehab, individually and d/b/a Shehab Auto

Sales, in the principal sum of $176,659.50; interest to and including October 13, 2006 of $10,584.57; interest to the date of judgment at the rate of $78.52 per day; and miscellaneous vehicle costs of $56,414.93; and post-judgment interest at the statutory rate provided by law; plus attorneys' fees in the sum of $898.00, as set forth in Exhibit B; and post-judgment interest at the statutory rate provided by law.

2. Plaintiff is additionally entitled to judgment in its favor and against Atef Khalid Shehab, individually and d/b/a Shehab Auto Sales under Count III of its Complaint, Victims of Crime: Deception and Fraud, in the amount of $522,052.50.

3. Plaintiff is entitled to total judgment under Counts I-III of its Complaint against Atef Khalid Shehab, individually and d/b/a Shehab Auto Sales in the amount of $766,609.50, and post-judgment interest at the statutory rate provided by law.

4. There is no just reason for delay, and Automotive Finance Corporation is entitled to judgment as a matter of law.

5. The Clerk of this Court is hereby ordered to enter this judgment in the judgment docket.

DATED: 11/03/2006

Sarah Evans Barker

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David J. Jurkiewicz
BOSE McKINNEY & EVANS LLP
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, Indiana  46204

Atef Khalid Shehab
Individually and d/b/a
Shehab Auto Sales
7609 Sullivan Place
Buena Park, CA 90621

807131/9015-248